UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GEORGE GOGOKHIA,

                      **Plaintiff,**              25-CV-03740 (DEH)(SN)

      -against-                        **ORDER**

JOSE RAMOS, et al.,

                      **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        Plaintiff filed a complaint on May 5, 2025. ECF No. 1. Defendants were served on May 14, 2025, May 29, 2025, June 13, 2025, and June 17, 2025. ECF Nos. 9-12. To date, Defendants have not yet appeared. Plaintiff is ORDERED to file a letter by July 15, 2025, indicating whether Plaintiff has had any contact with Defendants.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    July 9, 2025
                New York, New York